Giacchino Vitolo, Respondent, v. Isaac Levison, Defendant, and Frank De Mark, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Fred Bittman, Respondent, v. Walter F. Duckworth, Appellant. Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Esther Cramer, Appellant, v. Leontine Klein, etc., Respondent.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Frank De Mark and Another, Appellants, v. Isaac Levison, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Alex. B. Greenberg, Respondent, v. Barnett Goldstein, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Higgin Manufacturing Company, Respondent, v. Walter L. Fleishman, Defendant, and Jessie E. Fleishman, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

John Isley, Appellant, v. Maurice Gilbert and Another, Respondents.— Motion denied on condition that the defendants perfect their appeal and place the cause on the calendar within ten days; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Purpose of Opening Morgan Avenue from Stagg Street to Meeker Avenue, in the Eighteenth Ward of the Borough of Brooklyn, The City of New York.— Motion denied, with leave to the respondent to present and make use of the report on the argument. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of John J. Fallon for Admission to the Bar. — Application granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of Charles Gerlich for Permission to Appeal from the Judgment of a Municipal Court in the Borough of Brooklyn, etc.— Motion denied, on the ground of lack of power. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of Ben Leroy Stowell for Admission to the Bar. — Application granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Samuel Love and Others, Appellants, v. The Globe Hat Manufacturing Company, Respondent.— Motion denied, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Louis H. Meht, Respondent, v. Lena Meht, Appellant.— Motion denied on condition that the defendant perfect her appeal within fifteen days and place the cause on the calendar; otherwise motion granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Martha A. O'Neil, Respondent, v. The City of New York, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.